DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VOLVICK VASSOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2645

[March 6, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 11-019972CF10A.

Volvick Vassor, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See* § 782.04(1)(b), Fla. Stat. (2011); § 775.082, Fla. Stat. (2011); *see also Graham v. State,* 160 So. 3d 108, 109 (Fla. 4th DCA 2015) (finding life sentence for first-degree murder conviction to be a legal sentence).

GROSS, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***